1

2

3

4                    UNITED STATES DISTRICT COURT

5                         DISTRICT OF NEVADA

6                              * * *

7    THEODORE LEE,                           Case No. 2:14-cv-00606-RCJ-PAL

8                        Plaintiff,                    ORDER

9        v.                                   (Mtn to Stay – Dkt. #11)

10   UNITED STATES OF AMERICA,

11                       Defendant.

12

13        This matter is before the court on the government's Unopposed Motion to Stay All Case

14   Deadlines (Dkt. #15).  The court has considered the Motion.

15        The government seeks an order staying this case until after the district judge rules on the

16   government's Special Show Cause Motion to Admit Government Attorney to Practice in the

17   District of Nevada for Duration of Attorney's Government Employment (Dkt. #11) filed June 23,

18   2014.  On August 22, 2014, the court entered a Discovery Plan and Scheduling Order (Dkt. #).

19   The government seeks a stay because it cannot begin defending this action if the assigned

20   attorney from the Department of Justice is not permitted to appear in this action on behalf of the

21   United States.  In an Order (Dkt. #17) entered October 28, 2014, the district judge granted the

22   Motion for Special Show Cause to Admit Government Attorney.

23        Accordingly,

24        **IT IS ORDERED** that the Motion to Stay (Dkt. #15) is DENIED AS MOOT.

25        Dated this 26th day of November, 2014.

26

27   _____
     PEGGY A. LEEN
28   UNITED STATES MAGISTRATE JUDGE