GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * *

| THEODORE LEE, | |
|---|---|
| Plaintiff, | Case No.  2:14-cv-00606-RCJ-PAL |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| And related Crossclaims. | |

The Court having read and considered the Unopposed Motion to Stay Proceedings ("Motion"), and for good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the following matters are scheduled and may not be changed without a showing of good cause and Court approval.

| | |
|---|---|
| Discovery Cut-Off Date: | January 20, 2016 |
| Amending the Pleadings and Adding Parties | October 22, 2015 |
| FED.R.CIV.P. 26(a)(2) Disclosures (Experts) | November 24, 2015 |
| FED.R.CIV.P. 26(a)(2) Disclosures (Rebuttal Experts) | December 23, 2015 |

| | | |
|---|---|---|
| Dispositive Motions | | March 8, 2016 |
| Pre-trial Order | | April 6, 2016 |

In the event dispositive motions are filed, the date for filing the proposed joint pre-trial Order shall be suspended until thirty (30) days after decision of the dispositive motion or further Order of the Court.

DATED this 29th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE