BAILUS COOK & KELESIS, LTD.
GEORGE P. KELESIS, ESQ. (0069)
MARK B. BAILUS, ESQ. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| THEODORE LEE,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant.<br><br>And related Crossclaims. | Case No.  2:14-cv-00606-RCJ-PAL<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES** |

The Court having read and considered the Unopposed Motion to Extend Deadlines ("Motion"), and for good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the following matters are scheduled and may not be changed without a showing of good cause and Court approval:

| | |
|---|---|
| Discovery Cutoff Date: | June 20, 2016 |
| Dispositive Motions: | July 11, 2016 |
| Joint Pretrial Order: | August 11, 2016 |
| Deadline to Complete Meet-and-Confer: | January 18, 2016 |

Joint Status Report: February 8, 2016

In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motion or further Order of the Court.

IT IS FURTHER ORDERED that the status and dispute resolution hearing currently set for the 19th day of January, 2016, at 9:30 a.m. be vacated and continued to the 23rd day of February, 2016 at 9:30 a.m. The parties shall have until February 19, 2015, to file a joint status report identifying any discovery disputes that the parties were unable to resolve without court intervention.

UNITED STATES MAGISTRATE JUDGE

DATED this 21st day of December, 2015.