BAILUS COOK & KELESIS, LTD.
GEORGE P. KELESIS, ESQ. (0069)
MARK B. BAILUS, ESQ. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| THEODORE LEE,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant.<br>_____<br>And related Crossclaims. | Case No.  2:14-cv-00606-RCJ-PAL<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLETE THE MEET-AND-CONFER (Doc. #30)** |

COMES NOW, Plaintiff THEODORE LEE, by and through his undersigned counsel and hereby moves this Court to issue an order that the deadline to complete the meet-and-confer set forth in Order (Doc. #30) be continued seven (7) days.  Plaintiff sets forth the following in support of this motion:

1.  That on or about December 11, 2015, lead counsel for Plaintiff, Edward O.C. Ord, Esq., fell and fractured his hip and had surgery regarding the same on December 13, 2015.  Mr. Ord is currently convalescing from said injury.

2.  Due to Mr. Ord's recent injury, the parties need additional time to coordinate a conference call to complete the meet-and-confer.

3. The United States does not oppose Plaintiff's motion for an extension of the deadline to complete the meet-and-confer due to the recent injury to Plaintiff's lead counsel.

4. This motion is not being submitted for the purposes of delay but in order to insure that the Plaintiff has a full and fair opportunity to preserve his claim for a refund of taxes.

5. Plaintiff requests that the deadline to complete the meet-and-confer be continued to January 25, 2016.

DATED this 15th day of January, 2016.

BAILUS COOK & KELESIS, LTD.

*/s/ Mark B. Bailus*
Mark B. Bailus, Esq. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
*Counsel for Plaintiff, Theodore F. Lee*

1  BAILUS COOK & KELESIS, LTD.
   GEORGE P. KELESIS, ESQ. (0069)
2  MARK B. BAILUS, ESQ. (2284)
   517 S. Ninth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 737-7702
4  Fax: (702) 737-7712
   E-mail: law@bckltd.com
5
   EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
6  California State Bar No. 52123
   ORD & NORMAN
7  233 Sansome Street, Suite 1111
   San Francisco, CA 94104
8
   *Attorneys for Theodore Lee*
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * *

| | |
|---|---|
| THEODORE LEE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br><br>And related Crossclaims. | Case No.  2:14-cv-00606-RCJ-PAL<br><br>**[PROPOSED]**<br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLETE THE MEET-AND-CONFER** |

　　　The Court having read and considered the Unopposed Motion to Extend Deadline to Complete the Meet-and-Confer ("Motion"), and for good cause shown:

　　　IT IS HEREBY ORDERED that the Motion is GRANTED.

　　　IT IS FURTHER ORDERED that the deadline to complete the meet-and-confer is continued to and including January 25, 2016.

　　　DATED this 15th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE