BAILUS COOK & KELESIS, LTD.
GEORGE P. KELESIS, ESQ. (0069)
MARK B. BAILUS, ESQ. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| THEODORE LEE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>─────────────────────────<br>And related Crossclaims. | Case No. 2:14-cv-00606-RCJ-PAL<br><br>**UNOPPOSED MOTION TO EXTEND JOINT STATUS REPORT DEADLINE** |

COMES NOW, Plaintiff THEODORE LEE, by and through his undersigned counsel and hereby moves this Court to issue an order that the deadline to complete the joint status report set forth in Order (Doc. #36) be continued from May 19, 2016 to and including May 20, 2016. Plaintiff sets forth the following in support of this motion:

1. Plaintiff requests additional time to finalize his portion of the joint status report currently due on May 19, 2016.  As such, Plaintiff is requesting an extension of the deadline from May 19, 2016 to May 20, 2016 to file the joint status report.

2. The United States does not oppose Plaintiff's motion to extend deadline for the joint status report to May 20, 2016, but is nevertheless prepared to meet the current existing deadline.

3. This motion is not being submitted for the purposes of delay but in order to insure that the Plaintiff has a full and fair opportunity to preserve his claim for a refund of taxes.

DATED this 18th day of May, 2016.

                BAILUS COOK & KELESIS, LTD.

                */s/ Mark B. Bailus*
                Mark B. Bailus, Esq. (2284)
                517 S. Ninth Street
                Las Vegas, Nevada 89101
                *Counsel for Plaintiff, Theodore F. Lee*

|   |   |
|---|---|
| 1 | BAILUS COOK & KELESIS, LTD. |
|   | GEORGE P. KELESIS, ESQ. (0069) |
| 2 | MARK B. BAILUS, ESQ. (2284) |
|   | 517 S. Ninth Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Phone: (702) 737-7702 |
| 4 | Fax: (702) 737-7712 |
|   | E-mail: law@bckltd.com |

EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
California State Bar No. 52123
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, CA 94104

*Attorneys for Theodore Lee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \*

| THEODORE LEE, | |
|---|---|
| Plaintiff, | Case No. 2:14-cv-00606-RCJ-PAL |
| v. | **[PROPOSED]** |
| UNITED STATES OF AMERICA, | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND JOINT STATUS REPORT DEADLINE** |
| Defendant. | |
| And related Crossclaims. | |

The Court having read and considered the Unopposed Motion to Extend Joint Status Report Deadline ("Motion"), and for good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline to complete the Joint Status Report is extended to and including May 20, 2016.

DATED this 20th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE