1  BAILUS COOK & KELESIS, LTD.
   GEORGE P. KELESIS, ESQ. (0069)
2  MARK B. BAILUS, ESQ. (2284)
   517 S. Ninth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 737-7702
4  Fax: (702) 737-7712
   E-mail: law@bckltd.com
5
   EDWARD O.C. ORD, ESQ. (Pro Hac Vice)
6  California State Bar No. 52123
   ORD & NORMAN
7  233 Sansome Street, Suite 1111
   San Francisco, CA 94104
8
   *Attorneys for Theodore Lee*
9

10                    **UNITED STATES DISTRICT COURT**

11                         **DISTRICT OF NEVADA**

12                              * * * *

13  THEODORE LEE,

14                  Plaintiff,              Case No.  2:14-cv-00606-RCJ-PAL

15  v.                                      **NOTICE OF DISASSOCIATION
                                            OF COUNSEL AND REQUEST**
16  UNITED STATES OF AMERICA,               **FOR REMOVAL FROM CM/ECF
                                            SERVICE LIST**
17                  Defendant.

18  _____

19  And related Crossclaims.

20

21  TO:    CLERK OF THE COURT; and

22  TO:    ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

23      COMES NOW, the above-named Plaintiff, by and through his counsel of record, the law firm

24  of BAILUS COOK & KELESIS, LTD., and hereby advises the Court and all other parties that

25  MARK B. BAILUS,  ESQ., disassociates himself as attorney for the Plaintiff and does not

26  represent the same.  Further, MARK B. BAILUS, ESQ., requests that his name be removed from

27  the Court's electronic service list as attorney of record for the Plaintiff.  Notice is hereby given

28

1    that all remaining counsel for Plaintiff will remain the same.

2        DATED this 26th day of May, 2017.

3                                     BAILUS COOK & KELESIS, LTD.

4
                                         /s/ Mark B. Bailus
5                                     Mark B. Bailus, Esq.
                                      Nevada Bar No. 2284
6                                     517 S. Ninth Street
                                      Las Vegas, Nevada 89101
7

8

9        **IT IS SO ORDERED** this 2nd
         day of June, 2017.
10

11

12    _____
      Peggy A. Leen
13    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28