RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JEREMY N. HENDON
E. CARMEN RAMIREZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466 (Hendon)
          (202) 616-2885 (Ramirez)
Facsimile: (202) 307-0054
jeremy.n.hendon@usdoj.gov
e.carmen.ramirez@usdoj.gov

DAYLE ELIESON
United States Attorney
District of Nevada
Of Counsel

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THEODORE LEE,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br><br>UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>THEODORE LEE,<br><br>    Counterclaim Defendant | Civil No. 2:14-cv-00606-RCJ-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [and Proposed Order]** |

Come now the parties, the United States of America and Theodore Lee, who hereby stipulate that the Complaint and Counterclaim in this case should be dismissed with prejudice, and each party to bear its owns attorneys' fees and costs.

The parties have agreed that neither party may use any part of their settlement regarding Theodore Lee's 2006 federal income tax year in any other proceeding or negotiation, whether it be administrative or judicial, for any purpose regarding any other tax liability for any other tax year of Theodore Lee.

Respectfully submitted this 19 day of April, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ JEREMY N. HENDON
JEREMY N. HENDON
E. CARMEN RAMIREZ
Trial Attorneys, Tax Division
U.S. Department of Justice

DAYLE ELIESON
United States Attorney
*Of Counsel*

*Attorneys for the United States of America*

/s/ GEORGE P. KELESIS
GEORGE P. KELESIS
COOK & KELESIS, LTD.
517 S. 9th Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff/Counterclaim Defendant Theodore Lee*

IT IS SO ORDERED.

Dated: This 23rd day of April, 2018.

/s/ ROBERT C. JONES
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 19th day of April, 2018, by filing it with the Court's CM/ECF system, which will electronically transmit it to:

George P. Kelesis
Cook & Kelesis, Ltd.

Edward Ord
Ord and Norman

*Counsel for the Plaintiff/Counterclaim Defendant*

*/s/ E. Carmen Ramirez*
E. CARMEN RAMIREZ
Trial Attorney, Tax Division
U.S. Department of Justice

16472617.1